**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARIEL RONQUILLO, | |
| *Plaintiff*, | Case No. 1:21-cv-04903 |
| v. | Judge: Hon. Sara L. Ellis |
| DOCTOR'S ASSOCIATES LLC, and HP INC. | |
| *Defendants*. | |

**JOINT STATUS REPORT**

Plaintiff Mariel Ronquillo, together with defendants Doctor's Associates, LLC ("DAL") and HP, Inc. ("HP"), jointly submit this Status Report as directed by the Court's Order of May 10, 2023. *See* ECF No. 63.

On May 10, 2023, following the close of fact discovery, the Court granted plaintiff's motion for a thirty-day extension of the fact discovery cutoff, and "stay[ed] discovery pending the outcome of the parties' efforts to resolve this case with the assistance of a mediator." ECF No. 63.

The parties mediated on June 14, 2023, but were unable to resolve their dispute.

The parties agree that the stay of discovery lifted on June 15, 2023, and Plaintiffs issued deposition notices to HP and DAL on June 16, 2023. The parties request that the Court issue an order reflecting that fact discovery will close on July 17, 2023.

To the extent an available deposition date cannot be identified prior to the close of the fact discovery, the parties agree that they will meet and confer to identify the earliest available date for depositions noticed prior to July 17, 2023 and will allow those depositions to proceed after the close of discovery if necessary.

1

Dated: June 20, 2023                                   Respectfully submitted,

*/s/ Arun G. Ravindran*                                */s/ Eric M. Roberts*
Carl V. Malmstrom                                      Raj N. Shah
Wolfe Haldenstein Adler                                Eric M. Roberts
  Freeman & Herz, LLC                                  Yan Grinblat
111 W. Jackson Street, Suite 1700                      DLA Piper LLP
Chicago, IL  60604                                     444 W. Lake Street, Suite 900
malmstrom@whafh.com                                    Chicago, IL  60606
                                                       raj.shah@dlapiper.com
Frank S. Hedin                                         eric.roberts@dlapiper.com
Arun G. Ravindran                                      yan.grinblat@dlapiper.com
Hedin Hall LLP
1395 Brickell Avenue, Suite 1140                       *Attorneys for Defendant Doctor's*
Miami, FL  33131                                       *Associates LLC*
fhedin@hedinhall.com
aravindran@hedinhall.com
                                                       */s/ Gregory P. Abrams*
*Attorneys for Plaintiff*                              Gregory P. Abrams
                                                       Tucker Ellis LLP
                                                       233 South Wacker Drive, Suite 6950
                                                       Chicago, IL 60606-9997
                                                       Phone: (312) 624-6300
                                                       Email: gregory.abrams@tuckerellis.com

                                                       Jennifer L. Mesko
                                                       Tucker Ellis LLP
                                                       950 Main Avenue, Suite 1100
                                                       Cleveland, Ohio 44113
                                                       Phone: (216) 592-5000
                                                       Email: jennifer.mesko@tuckerellis.com

                                                       *Attorneys for Defendant HP, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

    The undersigned attorney hereby states that on June 20, 2023, he filed the foregoing document with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF Filing System, which will send an email notification of such filing to the registered CM/ECF participants.

                                                                                /s/ *Gregory P. Abrams*
                                                                                Gregory P. Abrams