UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIEL RONQUILLO,<br><br>    *Plaintiff*,<br><br>v.<br><br>DOCTOR'S ASSOCIATES LLC, and HP INC.<br><br>    *Defendants*. | Case No. 1:21-cv-04903<br><br>Judge: Hon. Sara L. Ellis |

**JOINT STATUS REPORT**

Plaintiff Mariel Ronquillo, together with defendants Doctor's Associates, LLC ("DAL") and HP Inc. ("HP"), jointly submit this Status Report as directed by the Court's Order of July 5, 2023. *See* ECF No. 67.

The parties anticipate that a stipulated dismissal with prejudice will be filed in this action within the next 45 days. The parties therefore jointly, respectfully request the matter be continued generally for 60 days.

If for any reason the case is not dismissed, the parties will submit a further joint status report on or before September 18, 2023, identifying a proposed schedule for the remainder of the case, and will meet and confer to identify the earliest available dates for the depositions previously noticed by the parties prior to the extended July 17, 2023 discovery cutoff. (*See* ECF No. 66 at 1 (Parties' agreement concerning depositions set forth in their joint status report dated June 20, 2023).)

| | |
|---|---|
| Dated: July 19, 2023 | Respectfully submitted, |
| /s/ Carl V. Malmstrom | /s/ Eric M. Roberts |
| Carl V. Malmstrom<br>Wolf Haldenstein Adler<br>  Freeman & Herz, LLC<br>111 W. Jackson Street, Suite 1700<br>Chicago, IL 60604<br>malmstrom@whafh.com | Raj N. Shah<br>Eric M. Roberts<br>Yan Grinblat<br>DLA Piper LLP<br>444 W. Lake Street, Suite 900<br>Chicago, IL 60606<br>raj.shah@dlapiper.com<br>eric.roberts@us.dlapiper.com<br>yan.grinblat@us.dlapiper.com |
| Frank S. Hedin<br>Arun G. Ravindran<br>Hedin Hall LLP<br>1395 Brickell Avenue, Suite 1140<br>Miami, FL 33131<br>fhedin@hedinhall.com<br>aravindran@hedinhall.com | *Attorneys for Defendant Doctor's Associates LLC* |
| *Attorneys for Plaintiff* | |
| | /s/ Gregory P. Abrams |
| | Gregory P. Abrams<br>Tucker Ellis LLP<br>233 South Wacker Drive, Suite 6950<br>Chicago, IL 60606-9997<br>Phone: (312) 624-6300<br>Email: gregory.abrams@tuckerellis.com |
| | Jennifer L. Mesko<br>Tucker Ellis LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, Ohio 44113<br>Phone: (216) 592-5000<br>Email: jennifer.mesko@tuckerellis.com |
| | *Attorneys for Defendant HP, Inc.* |